UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| JON S. RAHOI, YANLING L. RAHOI, each individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>vs.<br><br>JPMORGAN CHASE BANK, N.A., PROFESSIONAL RECOVERY SERVICES, INC., a New Jersey Corporation,<br><br>    Defendants. | Case No. CV 12-03756 LHK<br><br>**ORDER** PERMITTING PLAINTIFFS TO FILE THEIR RESPONSE TO JPMORGAN CHASE BANK'S MOTION TO DISMISS ON OR BEFORE OCT. 19, 2012 |

### ORDER

Based upon the Joint Application of the Plaintiffs, Jon S. Rahoi and Yangling L. Rahoi, and Defendant, JPMorgan Chase Bank, N.A., and good cause appearing therefor,

IT IS HEREBY ORDERED THAT the Plaintiffs shall file their response to JPMorgan Chase Bank's motion to dismiss on or before October 19, 2012.  So ordered.

Dated: September 19, 2012

*Lucy H. Koh*
Lucy H. Koh, District Judge