UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| JON S. RAHOI, YANLING L. RAHOI, each individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>JPMORGAN CHASE BANK, N.A., PROFESSIONAL RECOVERY SERVICES, INC., a New Jersey Corporation,<br><br>Defendants. | Case No. CV 12-03756 LHK<br><br>**ORDER** PERMITTING PLAINTIFFS TO FILE THEIR RESPONSE TO PROFESSIONAL RECOVERY SERVICES'S MOTION TO DISMISS ON OR BEFORE NOV. 2, 2012 |

**ORDER**

Based upon the Joint Application of the Plaintiffs, Jon S. Rahoi and Yangling L. Rahoi, and Defendant, Professional Recovery Services, Inc., and good cause appearing therefor,

IT IS HEREBY ORDERED THAT the Plaintiffs shall file their response to Professional Recovery Services, Inc.'s, motion to dismiss on or before November 2, 2012.  So ordered.

Dated: September 26, 2012

_____
Lucy H. Koh, District Judge