BEN SUTER, CASB No. 107680
ben.suter@kyl.com
CARA L. FINAN, CASB No. 173887
cara.finan@kyl.com
KEESAL, YOUNG & LOGAN
A Professional Corporation
450 Pacific Avenue
San Francisco, California 94133
Telephone: (415) 398-6000
Facsimile: (415) 981-0136

Attorneys for Defendant JPMorgan Chase Bank, N.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| JON S. RAHOI, YANLING L. RAHOI, each individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>JPMORGAN CHASE BANK, N.A., PROFESSIONAL RECOVERY SERVICES, INC., a New Jersey Corporation,<br><br>Defendants. | **Case No. CV 12-03756 LHK**<br><br>**<u>ORDER</u> EXTENDING DEADLINES FOR PARTIES TO FILE OPPOSITION AND REPLY BRIEFS IN CONNECTION WITH DEFENDANT JPMORGAN CHASE BANK, N.A.'S MOTION TO DISMISS** |

**<u>ORDER</u>**

Based upon the Joint Application of the Plaintiffs, Jon S. Rahoi and Yangling L. Rahoi, and Defendant, JPMorgan Chase Bank, N.A., and good cause appearing therefor,

IT IS HEREBY ORDERED THAT the Plaintiffs shall file their response to JPMorgan Chase Bank's motion to dismiss on or before November 2, 2012 and Defendant shall file its Reply on or before November 9, 2012. So ordered.

Dated: October 17, 2012

_____
Lucy H. Koh, District Judge

---

ORDER ON JOINT APPLICATION RE: NEW DEADLINES    RAHOI, et. al. v. CHASE BANK, N.A.
                                                 Case No: CV 12-03756 LHK

1