United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JON S. RAHOI, YANLING L. RAHOI, each individually and on behalf of all others similarly situated,<br><br>          Plaintiffs,<br>    v.<br><br>JP MORGAN CHASE BANK N.A., PROFESSIONAL RECOVERY SERVICES, INC., a New Jersey Corporation,<br><br>          Defendants. | Case No.: 12-CV-03756<br><br>ORDER DENYING DEFENDANT JP MORGAN CHASE BANK N.A.'S *EX PARTE* ADMINISTRATIVE MOTION FOR ORDER SHORTENING TIME |

Defendant JP Morgan Chase Bank N.A. ("JP Morgan") has filed an administrative motion seeking an order shortening time to hear JP Morgan's Motion for a Temporary Stay. ECF No. 29. JP Morgan's Motion for a Temporary Stay seeks to stay this action pending resolution a Writ Petition that JP Morgan has filed with the California Court of Appeal in *Banks et al. v. JP Morgan Chase Bank, N.A.* (Alameda County Superior Court, No. 12614875 (Carvill, J.)). ECF No. 29 at 1-2. JP Morgan contends that the Writ Petition raises the same issue raised in JP Morgan's pending Motion to Dismiss in this matter. *Id.* at 2. Specifically, the Writ Petition raises the issue of whether California Code of Civil Procedure Section 580b may be applied to short sale transactions. *Id*. JP Morgan contends that any decision of the California Court of Appeal in the *Bank's* matter would provide binding precedent for this Court. *Id.* (citing *Fidelity Union Trust Co. v. Field*, 311

1

U.S. 169, 177-79 (1940)). JP Morgan seeks to expedite the hearing on JP Morgan's Motion for a Temporary Stay because JP Morgan's Motion to Dismiss is currently scheduled to be heard on January 31, 2013. *Id.*

Assuming the California Court of Appeal issues a published decision in the *Banks* matter, that precedent might be binding on this Court with respect to the issue of whether California Code of Civil Procedure Section 580b may be applied to short sale transactions. Nevertheless, the Court is not willing to stay this action indefinitely while the California Court of Appeal resolves the *Banks* matter. Accordingly, JP Morgan's administrative motion to expedite the hearing on JP Morgan's Motion for a Temporary Stay is hereby DENIED. If JP Morgan still wishes to file its Motion for a Temporary Stay, JP Morgan must obtain a hearing date from Courtroom Deputy Martha Parker Brown.

**IT IS SO ORDERED.**

Dated: January 23, 2013

_____
LUCY H. KOH
United States District Judge