UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JON S. RAHOI, YANLING L. RAHOI, each individually and on behalf of all others similarly situated,<br><br>　　　　　　　Plaintiffs,<br>　　v.<br><br>JP MORGAN CHASE BANK N.A., PROFESSIONAL RECOVERY SERVICES, INC., a New Jersey Corporation,<br><br>　　　　　　　Defendants. | Case No.: 12-CV-03756<br><br>ORDER DENYING DEFENDANT JP MORGAN CHASE BANK N.A.'S *EX PARTE* ADMINISTRATIVE MOTION FOR ORDER SHORTENING TIME |

Defendant JP Morgan Chase Bank N.A. ("JP Morgan") has filed an administrative motion seeking an order shortening time to hear JP Morgan's Motion for a Temporary Stay. ECF No. 29. JP Morgan's Motion for a Temporary Stay seeks to stay this action pending resolution a Writ Petition that JP Morgan has filed with the California Court of Appeal in *Banks et al. v. JP Morgan Chase Bank, N.A.* (Alameda County Superior Court, No. 12614875 (Carvill, J.)). ECF No. 29 at 1-2. JP Morgan contends that the Writ Petition raises the same issue raised in JP Morgan's pending Motion to Dismiss in this matter. *Id.* at 2. Specifically, the Writ Petition raises the issue of whether California Code of Civil Procedure Section 580b may be applied to short sale transactions. *Id.* JP Morgan contends that any decision of the California Court of Appeal in the *Bank's* matter would provide binding precedent for this Court. *Id.* (citing *Fidelity Union Trust Co. v. Field*, 311

1

Case No.: 12-CV-03756
ORDER DENYING DEFENDANT JP MORGAN CHASE BANK N.A.'S *EX PARTE* ADMINISTRATIVE MOTION FOR ORDER SHORTENING TIME

United States District Court
For the Northern District of California

1  U.S. 169, 177-79 (1940)).  JP Morgan seeks to expedite the hearing on JP Morgan's Motion for a

2  Temporary Stay because JP Morgan's Motion to Dismiss is currently scheduled to be heard on

3  January 31, 2013.  *Id.*

4  Assuming the California Court of Appeal issues a published decision in the *Banks* matter,

5  that precedent might be binding on this Court with respect to the issue of whether California Code

6  of Civil Procedure Section 580b may be applied to short sale transactions.  Nevertheless, the Court

7  is not willing to stay this action indefinitely while the California Court of Appeal resolves the

8  *Banks* matter.  Accordingly, JP Morgan's administrative motion to expedite the hearing on JP

9  Morgan's Motion for a Temporary Stay is hereby DENIED.  If JP Morgan still wishes to file its

10  Motion for a Temporary Stay, JP Morgan must obtain a hearing date from Courtroom Deputy

11  Martha Parker Brown.

12  **IT IS SO ORDERED.**

13  Dated: January 23, 2013

_____
LUCY H. KOH
United States District Judge

2
Case No.: 12-CV-03756
ORDER DENYING DEFENDANT JP MORGAN CHASE BANK N.A.'S *EX PARTE* ADMINISTRATIVE MOTION FOR ORDER SHORTENING TIME