UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JON S. RAHOI, YANLING L. RAHOI, each individually and on behalf of all others similarly situated,<br><br>         Plaintiffs,<br>   v.<br><br>JP MORGAN CHASE BANK N.A., PROFESSIONAL RECOVERY SERVICES, INC., a New Jersey Corporation,<br><br>         Defendants. | Case No.: 12-CV-03756<br><br>ORDER CONTINUING MOTION HEARING |

The case management conference and hearing on Defendants' motions to dismiss currently set for Thursday, January 31, 2013 at 1:30 p.m., are hereby CONTINUED to Thursday, March 21, 2013 at 1:30 p.m.

**IT IS SO ORDERED.**

Dated: January 25, 2013

_____
LUCY H. KOH
United States District Judge