United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JON S. RAHOI, YANLING L. RAHOI, each individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> JPMORGAN CHASE BANK, N.A., PROFESSIONAL RECOVERY SERVICES, INC., a New Jersey Corporation, <br><br> Defendants. | Case No.: 12-CV-03756-LHK <br><br> ORDER REGARDING FILING OF CASE MANAGEMENT STATEMENT |

Pursuant to Local Rule 16-10(d), the parties were required to file a Joint Case Management Conference Statement ("JCMS") by July 3, 2013, seven days in advance of the parties' July 10, 2013 Case Management Conference. The parties have not yet filed a JCMS. The parties are hereby ORDERED to file a JCMS by 5:00 p.m. on July 9, 2013.

**IT IS SO ORDERED.**

Dated: July 8, 2013

_Lucy H. Koh_
LUCY H. KOH
United States District Judge