UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JON S. RAHOI, YANLING L. RAHOI, each individually and on behalf of all others similarly situated, <br><br>　　　　　　Plaintiffs,<br>　v.<br><br>JPMORGAN CHASE BANK, N.A., PROFESSIONAL RECOVERY SERVICES, INC., a New Jersey Corporation,<br><br>　　　　　　Defendants. | Case No.: 12-CV-03756-LHK<br><br>MINUTE ORDER AND CASE MANAGEMENT ORDER |

Clerk: Martha Parker Brown　　　　　Plaintiff Attorney: Marc Alan Eisenhart
Reporter: Lee-Anne Shortridge　　　　Defendant Attorneys: Cara Lynne Finan, Andrew M.
Length of hearing: 23 minutes　　　　Steinheimer

　　　A Case Management Conference was held on July 10, 2013. A further Case Management Conference is set for November 6, 2013, at 2:00 p.m.

　　　The parties shall complete mediation with Magistrate Judge Howard R. Lloyd by January 10, 2014. The parties will file a Settlement Status Report by January 13, 2014. The parties shall contact Judge Lloyd's Courtroom Deputy to schedule the mediation as soon as possible.

　　　The Court set the following case schedule:

LAST DAY TO AMEND PLEADINGS/ADD PARTIES: September 30, 2013

MOTION FOR CLASS CERTIFICATION:
　　　Opening Brief: November 15, 2013
　　　Opposition: December 4, 2013
　　　Reply: December 13, 2013
　　　Hearing: January 30, 2014, at 1:30 p.m.

EXPERT DISCOVERY:
　　　Opening Reports/Last Day to Disclose Experts: March 14, 2014
　　　Rebuttal Reports: March 28, 2014
　　　Close of Discovery: April 11, 2014

1

Case No.: 12-CV-03756-LHK
CASE MANAGEMENT AND MINUTE ORDER

CLOSE OF FACT DISCOVERY: April 11, 2014

LAST DAY TO FILE DISPOSITIVE MOTIONS: May 1, 2014[1]

LAST DAY TO HEAR DISPOSITIVE MOTIONS: June 5, 2014, at 1:30 p.m.

PRETRIAL CONFERENCE: July 24, 2014, at 1:30 p.m.

JURY TRIAL: August 25, 2014, at 9:00 a.m.  Trial is expected to last 7 days.

**IT IS SO ORDERED.**

Dated: July 10, 2013

_____
LUCY H. KOH
United States District Judge

---

[1] This deadline was stated as May 8, 2014 on the record.  This was an error, and the Court hereby sets the deadline as May 1, 2014.

2

Case No.: 12-CV-03756-LHK
CASE MANAGEMENT AND MINUTE ORDER