UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JON S. RAHOI, YANLING L. RAHOI, each individually and on behalf of all others similarly situated,<br><br>     Plaintiffs,<br> v.<br><br>JPMORGAN CHASE BANK, N.A., PROFESSIONAL RECOVERY SERVICES, INC., a New Jersey Corporation,<br><br>     Defendants. | Case No.: 12-CV-03756-LHK<br><br>CASE MANAGEMENT ORDER |

  The Court CONTINUES the Case Management Conference set for November 6, 2013, to January 30, 2014, at 1:30 p.m.

  The Court VACATES the settlement conference referral to Judge Lloyd. The Court refers the parties to private mediation with Judge Gary Taylor (Ret.). The deadline to complete mediation remains January 10, 2014. The parties shall file a Settlement Status Report by January 13, 2014.

  The Court DENIES the Parties' request to alter the case schedule. The case schedule remains as set at the July 10, 2013, Case Management Conference (*see* ECF No. 50):

MOTION FOR CLASS CERTIFICATION:
 Opening Brief: November 15, 2013
 Opposition: December 4, 2013
 Reply: December 13, 2013
 Hearing: January 30, 2014, at 1:30 p.m.

EXPERT DISCOVERY:
 Opening Reports/Last Day to Disclose Experts: March 14, 2014
 Rebuttal Reports: March 28, 2014
 Close of Discovery: April 11, 2014

1

Case No.: 12-CV-03756-LHK
CASE MANAGEMENT AND MINUTE ORDER

CLOSE OF FACT DISCOVERY: April 11, 2014

LAST DAY TO FILE DISPOSITIVE MOTIONS: May 1, 2014

LAST DAY TO HEAR DISPOSITIVE MOTIONS: June 5, 2014, at 1:30 p.m.

PRETRIAL CONFERENCE: July 24, 2014, at 1:30 p.m.

JURY TRIAL: August 25, 2014, at 9:00 a.m.  Trial is expected to last 7 days.

**IT IS SO ORDERED.**

Dated:  November 3, 2013

_____
LUCY H. KOH
United States District Judge

Case No.: 12-CV-03756-LHK
CASE MANAGEMENT AND MINUTE ORDER