AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__NORTHERN__ District of __CALIFORNIA__

JON S. RAHOI, et al.
    Plaintiff(s),
V.
JPMORGAN CHASE BANK, N.A., et al.
    Defendant(s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: CV12-03756-LHK

Notice is hereby given that, subject to approval by the court, __JPMorgan Chase Bank, N.A.__ substitutes
(Party(s) Name)

__Peter Obstler__, State Bar No. __171623__ as counsel of record in
(Name of New Attorney)

place of __Keesal Young & Logan - Ben Suter, Cara L. Finan and Helen D. Hsueh__.
(Name of Attorney(s) Withdrawing Appearance)

Contact information for new counsel is as follows:

| | |
|---|---|
| Firm Name: | Arnold & Porter LLP |
| Address: | Three Embarcadero Center, 10th Floor |
| Telephone: | (415) 471-3100    Facsimile (415) 471-3400 |
| E-Mail (Optional): | peter.obstler@aporter.com |

I consent to the above substitution.
Date: 9/10/2013
    JPMorgan Chase Bank, NA
    /s/ Matt J. All
    (Signature of Party(s))

I consent to being substituted.
Date: 9/5/2013
    /s/ Cara Finan
    (Signature of Former Attorney(s))

I consent to the above substitution.
Date: September 10, 2013
    /s/ Peter Obstler
    (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: November 4, 2013
    /s/ Lucy H. Koh
    Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]