AO 154  (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

_____ NORTHERN _____  **District of** _____ CALIFORNIA _____

| | |
|---|---|
| JON S. RAHOI, et al. | **CONSENT ORDER GRANTING** |
| Plaintiff (s), | **SUBSTITUTION OF ATTORNEY** |
| V. | |
| JPMORGAN CHASE BANK, N.A., et al. | **CASE NUMBER:**  CV12-03756-LHK |
| Defendant (s), | |

Notice is hereby given that, subject to approval by the court,   JPMorgan Chase Bank, N.A.   substitutes
(Party (s) Name)

Peter Obstler _____ , State Bar No.  171623 _____ as counsel of record in
(Name of New Attorney)

place of   Keesal Young & Logan - Ben Suter, Cara L. Finan and Helen D. Hsueh _____ .
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name:        Arnold & Porter LLP

Address:          Three Embarcadero Center, 10th Floor

Telephone:        (415) 471-3100           Facsimile  (415) 471-3400

E-Mail (Optional):  peter.obstler@aporter.com

I consent to the above substitution.

Date: _____ 9/10/2013 _____                     JPMorgan Chase Bank,NA
                                                    (Signature of Party (s))

I consent to being substituted.

Date: _____ 9/5/2013 _____
                                                    (Signature of Former Attorney (s))

I consent to the above substitution.

Date: _____ September 10, 2013 _____
                                                    (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____ November 4, 2013 _____              Lucy H. Koh
                                                         Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]