UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JON S. RAHOI, YANLING L. RAHOI, each individually and on behalf of all others similarly situated,<br><br>             Plaintiffs,<br><br>      v.<br><br>JPMORGAN CHASE BANK, N.A., PROFESSIONAL RECOVERY SERVICES, INC., a New Jersey Corporation,<br><br>             Defendants. | Case No.: 12-CV-03756-LHK<br><br>CASE MANAGEMENT ORDER |

Plaintiffs' counsel has filed a letter to the Court indicating that Plaintiffs cannot file a class certification motion by the November 15, 2013, deadline because Defendants have not produced certain discovery. *See* ECF No. 62. Plaintiffs indicate that the parties are "well under way in ironing out the difficulties." *Id.* However, Plaintiffs do not suggest an alternative date by which they anticipate having the information they need to file a class certification motion.

The Court further notes that it denied any delay in the case schedule in the last case management order. *See* ECF No. 59. The Court in that order was rejecting the parties' request in their joint case management statement to alter the case management schedule for the purposes of pursuing mediation. *See* ECF No. 58. Nowhere in this statement did the parties note that discovery delays might require an alteration of existing briefing schedules. The Court admonishes the parties to provide any information relevant to the case schedule in joint case management statements.

Nevertheless, the Court finds that an alteration of the case schedule is appropriate. The case schedule is revised as follows:

FURTHER CASE MANAGEMENT CONFERENCE: March 13, 2014, at 1:30 p.m.

MOTION FOR CLASS CERTIFICATION:
    Opening Brief: January 16, 2014

1

      Opposition: February 13, 2014
      Reply: February 27, 2014
      Hearing: March 13, 2014, at 1:30 p.m.

EXPERT DISCOVERY:
      Opening Reports/Last Day to Disclose Experts: May 1, 2014
      Rebuttal Reports: May 15, 2014
      Close of Discovery: May 29, 2014

CLOSE OF FACT DISCOVERY: May 29, 2014

LAST DAY TO FILE DISPOSITIVE MOTIONS: June 12, 2014

LAST DAY TO HEAR DISPOSITIVE MOTIONS: July 24, 2014, at 1:30 p.m.

PRETRIAL CONFERENCE: September 4, 2014, at 1:30 p.m.

JURY TRIAL: September 29, 2014, at 9:00 a.m. Trial is expected to last 7 days.

**IT IS SO ORDERED.**

Dated: November 10, 2013

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

2
Case No.: 12-CV-03756-LHK
CASE MANAGEMENT AND MINUTE ORDER