1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JON S. RAHOI, YANLING L. RAHOI, each individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>JPMORGAN CHASE BANK, N.A.; PROFESSIONAL RECOVERY SERVICES, INC., a New Jersey corporation,<br><br>Defendants. | Case No. CV 12-03756 LHK<br><br>**STIPULATION OF DISMISSAL** |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), Plaintiffs Jon S. Rahoi and Yanling L. Rahoi ("Plaintiffs"), and Defendants JPMorgan Chase Bank, N.A. ("Chase") and Professional Recovery Services, Inc. (collectively "Defendants," and collectively with Plaintiffs the "Parties"), hereby stipulate to the dismissal with prejudice of all of Plaintiffs' claims in this action as limited below. Each Party shall bear its own costs, expenses, and attorneys' fees.

The Parties further stipulate that as a condition to securing Chase's agreement to stipulate to the dismissal of this action, Plaintiff Jon S. Rahoi has agreed to appear telephonically at the San Francisco offices of Arnold & Porter, LLP for deposition on January 22, 2014. Further, the Parties stipulate and agree that this Court shall retain jurisdiction to enforce Plaintiff Jon S. Rahoi's agreement to appear for deposition pursuant to this stipulation.

IT IS SO STIPULATED

DATED: 1/22, 2014

Marc A. Eisenhart,
Attorneys for Plaintiffs

DATED: 1/22, 2014

Peter Obstler
Attorneys for Defendant JPMorgan Chase Bank, N.A.

DATED: 1/22, 2014

Andrew Steinheimer
Attorneys for Defendant Professional Recovery Services, Inc.

STIPULATION OF DISMISSAL          CV-12-03756 LHK

The claims brought by Jon Rahoi and Yangling Rahoi are dismissed with prejudice. Claims of other class members are dismissed without prejudice. The Court retains jurisdiction pursuant to the stipulation. The Clerk shall close the case.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: January 22, 2014

*Lucy H. Koh*
The Honorable Lucy H. Koh
United States District Judge